AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houston, John A | Southern District of Californi | 5/12/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Court | 5. ReportType (check appropriate type)  ◯ Nomination   Date   5/12/2005  ◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address  940 Front Street  Suite 1118  San Diego, CA 92101-1118 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____   Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | Trust |
| 2. | |
| 3. | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 MAY 16 A 11: 32
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Aurora San Diego, LLP |
| 2. | Self Employed (consultant/clinical psychologist) |
| 3. | ERM, San Diego, CA (consulting) |
| 4. | Center For Creative Leadership, La Jolla ,CA |
| 5. | County of San Diego, CA - Juvenile Hall (testing/evaluations) |
| 6. | ARC - Respite House |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Philadelphia Bar Association | Just the Beginning Foundation Conference- 2004 Philadelphia, PA | $780 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Gold | Credit Card | J |
| 2. | Pentagon Federal Credit Union | — Mortgage- Rental Property - Birmingham AL (cont'd Part 8 | K |
| 3. | Bank One | Credit Card | K |
| 4. | Cit bank | Credit Card | J |
| 5. | Pentagon Federal Credit Union | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/12/2005 |

## VI. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Birmingham, AL | C | Rent | K | W | | | | | |
| 2. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 3. San Diego Gas & Electric (Sempra) | A | Dividend | J | T | | | | | |
| 4. Oppenheimer Capital Appreciation Mutual Fund-IRA | B | Dividend | L | T | Buy | 07/13 | L | | |
| 5. Oppenheimer Capital Appreciation Mutual Fund - IRA | B | Dividend | K | T | Buy | 12/03 | K | | |
| 6. Fidelity Funds - IRA | B | Dividend | J | T | | | | | |
| 7. --- Fidelity Contrafund (Mutual Fund) | E | Distribution | | | Redemtion | 11/29 | K | E | |
| 8. -- Fidelity Equity Income II (Mutual Fund) | D | Distribution | | | Redemption | 11/29 | J | D | |
| 9. --- Fidelity Contrafund (Mutual Fund) | E | Distribution | | | Redemption | 07/08 | K | E | |
| 10. --- Fidelity Equity Income II (Mutual Fund) | D | Distribution | | | R emption | 07/08 | K | D | |
| 11. --Fidelity Discovery Fund | A | Dividend | J | T | | | | | |
| 12. ---Fidelity New Markets Fund | A | Dividend | J | T | | | | | |
| 13. Trust | E | Dividend | M | T | | | | | |
| 14. - McDonalds Common Stock | | | | | | | | | |
| 15. - AT&T (Common Stock) | | | | | | | | | |
| 16. - Alcoa (Common Stock) | | | | | | | | | |
| 17. - Merck (Common Stock) | | | | | | | | | |
| 18. - Coca-Cola (Common Stock) | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Goodyear (Common Stock) | | | | | | | | | |
| 20. - 3M (Common Stock) | | | | | | | | | |
| 21. - Caterpillar (Common Stock) | | | | | | | | | |
| 22. - CenterPoint Energy (Formerly Houston Ind) (Common Stock) | | | | | | | | | |
| 23. - Time Warner (Common Stock) "(X)" | | | | | | | | | |
| 24. - Janus Mercury Fund (Mutual Fund) | | | | | | | | | |
| 25. - Microsoft (Common Stock) | | | | | | | | | |
| 26. - Leap Wireless Communications (Common Stock) | | | | | | | | | |
| 27. - Home Depot (Common Stock) | | | | | | | | | |
| 28. - Qualcomm (common stock) | | | | | | | | | |
| 29. -Nuveen Limited Term Municipal Bond Fund | A | | | | | | | | |
| 30. Sisters Investing N Securi ties(SIS)(Investment Club) | B | Dividend | J | T | | | | | |
| 31. - Apple (Common Stock) | | | | | | | | | |
| 32. - Harley Davidson (Common Stock) | | | | | | | | | |
| 33. - Limited, Inc. (Formerly Intimate Brands (Common Stock) | | | | | | | | | |
| 34. - Pepsi Co (Common Stock) | | | | | | | | | |
| 35. - Qualcomm (Common Stock) | | | | | | | | | |
| 36. - Tricon Global (Common Stock) | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,901-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$6,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. – WalMart Stores (Common Stock) | | | | | | | | | |
| 38. – Leap Wireless (Common Stock)"(X)" | | | | | | | | | |
| 39. – America On Line (Common Stock) | | | | | | | | | |
| 40. – Walt Disney (Common Stock) | | | | | | | | | |
| 41. – Cisco | | | | | | | | | |
| 42. – Microsoft | | | | | | | | | |
| 43. – Putnam Voyager Mutual Fund | | | | | | | | | |
| 44. – Southwest Airlines | | | | | | | | | |
| 45. – General Electric | | | | | | | | | |
| 46. –Phizer, Inc. | | | | | | | | | |
| 47. –Amylin Pharmaceutical | | | | | | | | | |
| 48. Phoenix Mutual Funds- Simple-IRA | C | Dividend | K | T | | | | | |
| 49. – Phoenix Strategic Theme Class B | | | | | | | | | |
| 50. – Phoenix Strategic Equity Opportunity,Class B | | | | | | | | | |
| 51. – Phoenix Seneca Strategic Theme Class B | | | | | | | | | |
| 52. Reynolds Mutual Fund | B | Dividend | J | T | | | | | |
| 53. Legg Mason Value Focus Mutual Fund | A | Dividend | J | T | | | | | |
| 54. MSDW Dividend Growth Securities Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$6,000,000 | D = $5,001-$15,000 H2 = More than $6,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$6,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houston, John A | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code J (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MSDW California Tax-Free Income Fund | A | Interest | J | T | | | | | |
| 56. AIM Advisor Real Estate Fund | A | Dividend | J | T | | | | | |
| 57. Eaton Vance WW Health Sciences Fund "(X)" | A | Dividend | J | T | | | | | |
| 58. Eaton Vance Taz Managed Growth Fund "(X)" | A | Dividend | J | T | | | | | |
| 59. Franklin Calif Trax Free Income Fund "(X)" | A | Interest | J | T | | | | | |
| 60. MFS MidCap Growth Fund "(X)" | A | Dividend | J | T | | | | | |
| 61. Putnam Rsearch Fund "(X)" | A | Dividend | J | T | | | | | |
| 62. Putnam International Voyager Fund "(X)" | A | Dividend | J | T | | | | | |
| 63. Sentinel Small Cap Companies Fund "(X)" | A | Dividend | J | T | | | | | |
| 64. Reserve Primary Fund Class R (X) | A | Dividend | J | T | | | | | |
| 65. Lord Abbet Mid Cap Val Class C (X) | A | Distribution | J | T | | | | | |
| 66. MFS Val Class B (X) | A | Dividend | J | T | | | | | |
| 67. MFS Value Class C (X) | A | Dividend | J | T | | | | | |
| 68. American AMCAP Class C (X) | A | Distribution | J | T | | | | | |
| 69. John Hancock US Glob Leaders Growth Class C (X) | A | Dividend | J | T | | | | | |
| 70. Putnam Tax Smart Equity Class B (X) | A | Dividend | J | T | | | | | |
| 71. Delaware Tax-Free California Class B (X) | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item 10 of the 2003 report and item 7 in this report.    Fidelity Contrafund Mutual Fund - IRA. In last year's report, I inadvertently failed to disclose that there was a partial redemption/transfer of a portion of this account to open two additional IRA mutual funds within the Fidelity family of funds: 1) Fidelity New Markets Fund on October 10, 2003. The value of the New Markets fund was "J", and the income amount during the reporting period was "A" through dividends; and 2) the Fidelity Discovery Fund on October 10, 2003. The value of the Discovery fund was "J", and the income amount during the reporting period was "A" through dividends. These funds are contained in this report as items 12 and 11, respectively. The assets remaining in the Fidelity Contrafund (item 7), along with the assets in Fidelity Equity Income II fund, item 8, were transferred to the new Oppenheimer Capital Appreciation Fund (item 5) during this reporting period.

Item 31 in the 2003 report and item 23 of this reporting period - Janus Mercury Fund. In the 2003 report, this fund was listed as a full (100 %) redemption. However, since filing the report and preparing to file my 2004 tax return, it was discovered that not all assets in the fund were transferred, either as a result of an accounting shortly after the redemption, increase in value just before the redemption was finalized or some other reason that was not the intention of the undersigned, leaving a positive balance of shares in the account. As such, this fund is reflected in this report as containing assets, with the appropriate current value,. etc. at the end of this reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _____5-12-2005_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544